IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORO CAUTON,<br><br>        Petitioner,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. CV-F-05-309 OWW<br>(No. CR-F-93-5230 OWW)<br><br>MEMORANDUM DECISION AND ORDER DISMISSING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 FOR LACK OF JURISDICTION AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |

On March 3, 2005, Petitioner Floro Cauton filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Petitioner asserts that his sentence is unconstitutional in light of *Booker v. United States*, 543 U.S. 220 (2005).

Petitioner's motion is DISMISSED for lack of jurisdiction. Petitioner previously filed a Section 2255 motion, which was denied by Memorandum Decision and Order filed on June 22, 2000. Petitioner's present motion raises a new claim for relief and

1

Case 1:93-cr-05230-OWW   Document 758   Filed 08/04/08   Page 2 of 2

must be construed as a second or successive motions pursuant to Section 2255 governed by 28 U.S.C. § 2244. *Thompson v. Calderon*, 151 F.3d 918, 921 (9th Cir.), *cert. denied*, 524 U.S. 965 (1998). Consequently, this court lacks jurisdiction to consider the merits of these motions absent authorization from the Ninth Circuit Court of Appeals. *United States v. Allen*, 157 F.3d 661, 664 (9th Cir. 1998).

For the reasons stated:

1. Petitioner Floro Cauton's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED FOR LACK OF JURISDICTION.

2. The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

**Dated:   August 1, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE